United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 8, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-60554
Summary Calendar
_____

EMMANUEL UGOCHUKWU ANYANWU,

Petitioner,

versus

JOHN ASHCROFT, U. S. ATTORNEY GENERAL,

Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77 267 783
---------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Emmanuel Ugochukwu Anyanwu (Anyanwu), a native and citizen and Nigeria, petitions for review of the BIA's decision affirming, without opinion, the Immigration Judge's (IJ) decision that Anyanwu was not entitled to relief from deportation. Anyanwu concedes that he falsely claimed United States citizenship when attempting to enter the United States at Del Rio, Texas. He states that he cannot find issues for review, but

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

he prevails upon this court to grant him relief from the order of deportation. We construe the Respondent's motion for summary affirmance as its brief.

Although pro se briefs are liberally construed, arguments must be briefed to be preserved. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993). Because Anyanwu has failed to identify or brief any cognizable issue for this court's review, he has waived any argument of error in the IJ's or BIA's decisions. See id. Accordingly, the petition for review is DENIED.

The respondent's motion for summary affirmance is DENIED.

PETITION FOR REVIEW DENIED; MOTION DENIED.